The People of the State of New York, Respondent, v. Peter Peterson, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Michael Pietraccone, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Charles Polici, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Morris Rudnick, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Christian Saramontes, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Max Shapiro, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Harry B. Silver, Appellant.— Motion denied, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Edward Smith, Appellant.— Motion to dismiss appeal denied. Motion for argument upon the original papers granted, and case set down for argument at the next term of this court. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Sabato Ucivili, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Vincent Weber, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York ex rel. John Mack, Appellant, v. The Warden of the City Prison, Respondent.— Motion to dismiss appeal granted. Present— Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Charles Smith, Respondent, v. Excelsior Brewing Company, Appellant. — Motion granted, on condition that the defendant perfect its appeal, place the case on the present calendar for Monday, April 21, 1913, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

William Albert Swasey, Respondent, v. Granite Spring Water Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

David L. Whitmore, etc., Respondent, v. New York Inter-Urban Water Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.